United States District Court

Northern District of California

1

2

3

4   JOSE MURILLO,                          Case No.: 13-03299 CW (PR)

5            Plaintiff,

                                          TRANSFER ORDER
6       v.

7   J. SOTO, Warden,

8            Defendant.

9

10      Petitioner, a state prisoner incarcerated at Pleasant Valley

11   State Prison (PVSP), in Coalinga, California, has filed a pro se

12   petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254

13   challenging the validity of his conviction, which was obtained in

14   Fresno County Superior Court.

15      A federal petition for a writ of habeas corpus made by a

16   person in custody under the judgment and sentence of a state

17   court is properly filed in either the district of confinement or

18   the district of conviction.  28 U.S.C. § 2241(d).  The district

19   court where the petition is filed, however, may transfer the

20   petition to the other district in the furtherance of justice.

21   See id.  Federal courts in California traditionally have chosen

22   to hear petitions challenging a conviction or sentence in the

23   district of conviction.  See Dannenberg v. Ingle, 831 F. Supp.

24   767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266

25   (N.D. Cal. 1968).

26      Petitioner was convicted in Fresno County Superior Court,

27   which lies within the venue of the Eastern District of

28   California.  See 28 U.S.C. § 84(b).  Further, he is incarcerated

United States District Court
Northern District of California

1  in SVSP, also located in Fresno County.  Thus, jurisdiction over

2  the petition exists in Eastern District of California, not in the

3  Northern District.

4      Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b),

5  and in the interest of justice, the Clerk of the Court is ordered

6  to TRANSFER this action forthwith to the United States District

7  Court for the Eastern District of California.

8          All remaining motions are TERMINATED on this Court's

9  docket as no longer pending in this Court.

10     IT IS SO ORDERED.

11

12  Dated:  9/24/2013

13

14  CLAUDIA WILKEN
    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2