United States District Court

Northern District of California

| | |
|---|---|
| JOSE MURILLO,<br>      Plaintiff,<br>  v.<br>J. SOTO, Warden,<br>      Defendant. | Case No.: 13-03299 CW (PR)<br><br>TRANSFER ORDER |

Petitioner, a state prisoner incarcerated at Pleasant Valley State Prison (PVSP), in Coalinga, California, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the validity of his conviction, which was obtained in Fresno County Superior Court.

A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. See id. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Petitioner was convicted in Fresno County Superior Court, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Further, he is incarcerated

in SVSP, also located in Fresno County.  Thus, jurisdiction over the petition exists in Eastern District of California, not in the Northern District.

Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court is ordered to TRANSFER this action forthwith to the United States District Court for the Eastern District of California.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this Court.

IT IS SO ORDERED.

Dated: 9/24/2013

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2