IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MURILLO,<br><br>Petitioner,<br><br>v.<br><br>J. SOTO, Warden,<br><br>Respondent. | Case No. 1:13-cv-01541 LJO MJS (HC)<br><br>**ORDER GRANTING RESPONDENT'S REQUEST TO WITHDRAW MOTION TO DISMISS**<br><br>**(Docs. 22, 27)**<br><br>**ORDER DIRECTING RESPONDENT TO FILE A RESPONSE WITHIN THIRTY (30) DAYS** |

  Petitioner is a state prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

  On January 28, 2014, Respondent filed a motion to dismiss the petition. (Mot. To Dismiss, ECF No. 22.) On April 8, 2014, Respondent filed a request to withdraw the motion to dismiss. (Request, ECF No. 27.) The Court hereby GRANTS the request.

  Respondent shall file a response to the petition within thirty (30) days of service of this order. The response shall otherwise comply with the instructions provided in the

1

Court's scheduling order issued October 3, 2013. (Order, ECF No. 10.)

IT IS SO ORDERED.

Dated:     April 30, 2014            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE